FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2018 NOV -8  PM 1:31

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

Jacksonville Division

## CIVIL RIGHTS COMPLAINT FORM

Wendall Jermaine Hall
DC-379682

CASE NUMBER: 3:18-cv-1324-J-39MCR
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

ms Phillips          (medical supply room superviser)

ms Polk          (medical supply room official)

officer J. Johnson

(Enter <u>full name</u> of each <u>Defendant</u>.
If additional space is required, use the
blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: reception and medical center

Lake butler, Florida, 32054
(Indicate the name and location)

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.**

III.  <u>PREVIOUS LAWSUITS:</u>

DC 225 (Rev 2/2012)

1

## I.   PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:   Wendall Jermaine Hall

Inmate Number   dc- 379682

Prison or Jail:   reception and medical center

Mailing address:   P.o. box- 628
Lake butler Florida, 32054

## II.   DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for every Defendant:

(1)   Defendant's name:   MS. Phillips

Official position:   SuPPly room superviser in medical

Employed at:   reception and medical center.

Mailing address:   7765 south CR 231
Lake butler, Florida, 32054

(2)   Defendant's name:   MS. Polk

Official position:   Supply room official in medical

Employed at:   reception and medical center

Mailing address:   7765 south CR 231
Lake butler, Florida, 32054

(3)   Defendant's name:   officer J. Johnson

Official position:   Correctional officer

Employed at:   reception and medical center

Mailing address:   7765 south CR 231
Lake butler, Florida, 32054

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

## IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )                    No(X)

1.   Parties to previous action:
(a)   Plaintiff(s): _____
(b)   Defendant(s): _____

2.   Name of judge: _____   Case #: _____

3.   County and judicial circuit: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )                    No(X)

1.   Parties to previous action:
a.   Plaintiff(s): _____
b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____   Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)                              No(  )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
   a.   Plaintiff(s): _____ *See attached pages*
   b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____          Case #: _____
4.   Approximate filing date: _____
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____
7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(✓)                              No(  )

1.   Parties to previous action:
   a.   Plaintiff(s): _____ Wendall   Hall
   b.   Defendant(s): Sergeant   mccray
2.   District and judicial division: Jacksonville, Northern dist.
3.   Name of judge: Adams          Case Docket # 3:00-cv-764
4.   Approximate filing date: NA          Dismissal date: NA
5.   Reason for dismissal: NA

(continued Next page)→

( continued part d)

d, Hall -v- (Fidioic,) case 4,04-cv-347
       crosby
   Failure state claim

   Hall-v- Fidioic, case 1,06-cv-26323
      Failure state claim

   Hall -v- Fidioic, case 2,17-cv-14088

   Hall v- dioc, case 3,96-cv-297

   Hall-v- sheriff case 3,96-cv-339

(Prior Federal Litigation)

(1)  Hall-v- d.o.c. case no 3:96-cv-297
(2)  Hall-v- sheriff Lowman, case 3:96-cv-339
(3)  Hall-v- Lowman          case 3:97-cv-0022
(4)  Hall-v- Terrell         case 3:97-cv-138
(5)  Hall-v- Singletary      case 3:98-cv-00177
(6)  Hall-v- Moore    case 3:99-cv-381
(7)  Hall-v- McCray   case 4:00-cv-255
(8)  Hall-v- Moore    case 3:02-cv-322
(9)  Inre Wendall     case 4:04-0070
(10) Hall-v- F.d.o.c.  case 4:04-cv-347
(11) Hall-v- F.d.o.c.  case 404-cv-424
(12) Hall-v- Sec     case 3:04-cv-367
(13) Hall-v- Rahangdale  4:09-cv-283
(14) Hall-v- Fdoc, case 4:12-cv-315
(15) Hall-v- graham   case 4:17-cv-100
(16) Hall-v- Cpt davis  case 4:17-cv-101
(17) Hall-v- McCray case 3:00-cv-764
(18) Hall-v- McCray   case 3:00-cv-868
(19) Hall-v- Butterworth  case 3:02-cv-275
(20) Hall-v- Knipp  case 3:06-cv-126
(21) Hall-v- Knipp  case 3:06-cv-256

(22) Hall-v sgt Seally
case no 3.06 -cv 493

(23) Hall-v Akhtar case 3.08-cv-716

(24) Hall-v- Bennett
case no 3.08 -cv-1123

(25) Hall-v Bennett
3.08 -cv 1190

(26) Hall-v- Ramsetty
case 5.06 -cv-200

(27) Hall-v Ramsetty
case 5.06 -cv-643

(28) Hall-v cook
case 3.12-cv-264

(29) Hall-v Ramsetty
case 5.12-cv-682

(30) Hall-v watson
case 3.14 -cv-176

(31) Hall -v calderon
case 6.14-cv-2007

(32) Hall-v calderon
6.15 -cv-172

(33) Hall-v merola   case 3.15 -cv-1054

(34) Hall-v- drake
case    3116-cv-538

(35) Hall-v- Fdoc
case    1106-cv-20323

(36) Hall-v- Beauvil
2109-cv-14153

(37) Hall-v- Plumbing
1110-cv- 20814

(38) Hall-v- hercule
2112-cv- 14442

(39) Hall-v- Food Service
2114-cv- 14294

(40) Hall-v- ogunsanwo
case 2115-cv-14418

(41) Hall-v- Fidwic
case 217-cv-14088

(prior state court Litigation)

(1) Hall -v- dioc.   case 07-CA-615

(2) Hall-v- mathews   case 08-CA-25

(3) Hall-v- dioc,   case 08-CA-298

(4) Hall-v- Knipp   case 09-CA 00193

(5) Hall-v- durand   case 17-CA-487

(6) Hall-v- willis   case 17-595-CA

(7) Hall-v- Bush   case 17-CA-706

(8) Hall-v- Graham   case 17-43

(9) Hall-v- Ramsetty   case 10-CA 2920

(10) Hall-v- Ramsetty   case 12-CA-4113

(11) Hall-v- columbia CI   case 99-CA 3332

(12) Hall-v- dioc,   case 03-CA-2931

(13) Hall-v- dioc,   case 05-CA 2022

(14) Hall-v- dioc,   case 06-CA 00771

(15) Hall-v- dioc   case 06-CA-2837

(16) Hall-v- dioc,   case 06-cA 2765

(17) Hall-v- dioc   Case 06-cA-2711

(18) Hall-v- dioc   Case 07-CA-388

(19) Hall-v- dioc   case 07-CA-2730

(20) Hall-v- dioc   case 07-CA-3583

(21) Hall-v dio.a case -08-CA-01979

(22) Hall-v dio.c. case 12 -CA-01920

(23) Hall-v warden willis
       17-CA-1498

(24) Hall-v Beaunl
       09-CA 2011

(25) Hall -v- waddell
       case 14 -CA-1070

(26) Hall-v -ogunsanwo
       case 15-1010-CA

(27) Hall-v Secretary - 16-CA-1195

(28) In re Hall - 09-CF-32479

(29) Hall -v- morales
       CA- 10-CA-033275

(30) Holt-v Buss
       case 11-CA 4784

(31) Hall-v secretary dio.c,
       06-CA 00107

(32) Hall-v dio.c, 07-C A-0074

(33) Hall-v Norris
       12-CA-0029

(34) Hall-v wright
       14 -CA-0066

(35)   Hall -v- Wright case 15-CA-0078

(36)   Hall -v- Wright case 16-101

(37)   Hall-v- secridivic, case 10-CA 33275

(38)   Hall-v- Calderon case 15-CA-30026

(39)   Hall-v- Scarbrough  15-CA-30480

40    Hall -v- Knight case  07-CA-335

(41)   Hall -v- Julie Jones, case -18-CA-212

To the Best of my Knowledge
These above Listed cases are
all the cases I can remember
Filing. I can not remember
Filing any other cases.

6.  Facts and claims of case: I don't remember
        N/A

(Attach additional pages as necessary to list cases.)

## V.  STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

(1)  Plaintiff Wendall Hall is in imminent danger of serious physical injury

(2)  I am suing defendants in thier individual capacities for monetary damages. compensatory and punitive damages

(3)  Plaintiff is also suing defendants in thier official capacities for injunctive relief.

(4)  defendants ms phillips, ms. Polk and officer J. Johnson are the defendants in this case.

5

(5)   Plaintiff is in imminent danger of
serious physical Injury,

(6)   At Reception and medical center
From    october 31, 2018 and
ongoingly    where house officials

supervisor ms phillips and ms Polk
ongoingly continue to
deny to    give plaintiff urine

catheters he needs, Neccessary
For his urine conditions, inability
to urinate and worsening

stricture in his penis that hinders
or steps him From urinating

causing plaintiff severe physical
pain , severe bloating,
unable to urinate, difficulty,
urinating , worsening medical
conditions severe migraine
headaches, inability to walk
or difficulty walking, inability
to sleep effecting him
From performing daily activities
Future harm to his health and
Possibly death From being unable
to urinate and penis erectile

disfunction.

(7)   ms philips and ms Polk
are also denying plaintiffs
urine catheters necessary for
his serious urinary medical
needs to Retaliate against
plaintiff for filing prior
grievances against them and
for plaintiffs post disciplinary
reports for masturbation.

(8)   medical doctors have prescribed
plaintiff medical passes
to recieve supplies, and urine
catheters    for his   urinary
conditions    but   ms
phillips and ms Polk
still
will not give plaintiff any
medical supplies or urine
catheters    for plaintiffs
urinary conditions he needs
for his serious medical
needs

(9)  also on october 31, 2018
ms phillips stated to officer J.
Johnson That she will not give
plaintiff any medical supplies or
cotheters and that plaintiff needs
an officer to be with him
or to escort him to supply room
because of his past diRs For masturbation
and grievances.
plaintiff then stated to officer
J. Johnson that he has a
medical pass to recieve supplies
and catheters and that ms
phillips and ms POLK are
retaliating against him For Filing
grievances and because of his
past disciplinary reports For
masturbation.

(10)  officer J. Johnson then
pushed plaintiff against the wall
cursing at plaintiff and threatened
plaintiff Telling him to Never
again come back to medical
For catheters then escorted
plaintiff to another office

in medical building and repeatedlly beat or punched plaintiff in the stomach causing plaintiff severe physical pain and to vommit blood and officer J Johnson continues to threaten to Beat er kill plaintiff to retaliate against him For Filing grievances against ms phillips and ms Polk

(11) also plaintiffs medical passes for supplies and urine catheters were valid during the time of the facts in this civil complaint in 2018, october 2018 and ongoingly

(12) also inmate Elder williams dc-830-886 witnessed ms phillips deny me catheters and witnessed ms phillips Tell me to get out of the medical supply line. and was present during this incident, when officer

Johnson pushed me against the wall.

(13)   also ms phillips , ms POLK and officer J. Johnson require or have ordered or stated to plaintiff that he has to be escorted by an officer to supply room for supplies even though plaintiff is in General open population and no other inmate has been required to be escorted by an officer to supply room to recieve supplies except for plaintiff to retaliate against him for filing grievances or because of his past disciplinary reports for Masturbation.

(14)   when plaintiff goes to supply room for supplies, and urine

catheters, officers will not escort plaintiff to supply room for supplies or catheters, and ms phillips and ms POLK will not give plaintiff catheters without him being escorted by officers and they have advised officer J. Johnson about this and officer J. Johnson stated to plaintiff not to come back to medical supply room without an officer escorting him, and not to come back to medical supply room ever.

(15)   during the times that I went to supply room for catheters I have always complied with d.o.c. Rules and orders, procedures and I do not Misbehave and I am not disruptive or combative but I am verry humble and pleasant when I'm at supply room for catheters

## Statement of claims
## constitutional claims

(1)

POLK   defendants ms phillips and ms actions stated above were a deliberate indifference to plaintiffs serious medical needs or a substantial risk of serious harm to plaintiffs health violating united states constitution 8th amendment.

(2)   defendants ms phillips and ms POLK actions stated above interfered with treatment once prescribed violating u.s constitution 8th amendment

(3)   defendants ms phillips and ms POLK actions stated above were done maliciously and sadistically to cause wenton unnecessary pain or harm to plaintiff violating u.s. constitution 8th amendment

(4) defendants ms phillips and ms polk actions stated above were done to Retaliate against plaintiff for filing grievances or for his past disciplinary reports violating the U.S. constitution 1st amendment right to redress grievances of U.S. constitution or 8th amendment U.S. constitution prohibiting cruel and unusual punishment.

(5) defendant officer J. Johnson actions stated above were done maliciously and sadistically to cause plaintiff wanton harm or unnecessary pain or was excessive force violating U.S. constitution 8th amendment

(6) defendant officer J. Johnson actions stated above done to Retaliate against plaintiff for filing grievances or for his past disciplinary reports for

masturbation Violated the
u.s. constitution 1st amendment
right to redress grievances.


(7)   defendants ms phillips, ms
polk and officer J. Johnson
actions stated above
Violated the u.s. constitution
14th amendment Equal
protection of the Law
or discrimination based on
plaintiffs disciplinary reports
or Grievances

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

(See) previous attached pages

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

(1) Plaintiff request 2 million dollars 2,000,000. against defendants for compensatory and punitive damages (2) an injunction, Injunctive relief ordering defendant to provide Plaintiff supplies, catheters and adequate medical care to plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

November 8 2018
**(Date)**

_____
**(Signature of Plaintiff)**

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 8th day of november, 20 18.

_____
**(Signature of Plaintiff)**

Revised 03/07

7

IN The united states
district court, middle district
oF Florida, Jacksonville, division

Wendall Hall
    Plaintiff
-V-
ms phillips, etal

case nos

## AFFidavit oF Elder Williams

I swear and declare that the
Following statements are true and
correct.

My Name is Elder williams and Im
currently an inmate ot Reception
and medical center. Im over
the age of 18 years of age and
Im competent to testify about
the Facts stated herein.
I have personal knowledge of
all the Facts stated in this
affidavit. On october 31, 2018
AT reception and medical center
in the medical building at (or) by
the wherehouse supply room

(1)

in the Hallway,
I was standing behind wendall
Hall, dc-379682 in a medical Line
with other inmates awaiting to
recieve medical supplies and I
saw, witnessed and heard mrs
Phillips the medical Supply superviser,
state to wendall Hall to get the
Hell out of my Line and that
she will not give him (wendall Hall)
any catheter supplies and that
he must have an officer present
and to escort him to supply
room for Supplies.
after that I saw officer J
Johnson threatened wendall Hall
and throw him against the wall
and searched him and officer J
Johnson told wendall Hall not to
come back to medical supply
room and then officer J Johnson
took wendall Hall to another
office in medical building,

(2)

Wendall Hall has stated to me that officers and supply room officials are retaliating against him for filing grievances and because of his post masturbation dris and that he is in severe pain for not recieving cotheters to urinate. I also know that no other inmate in general population has to have an officer present or has to get an officer to escort him to the supply room to get medical supplies, except for "Wendall Hall," who is never disruptive and never misbehaves when he is at the medical supply room and he is always complying with doc policies at supply room

sworn oath
under penalties of perjury

I swear and declare that the foregoing statements and facts in this affidavit are true and correct.

_Elder Williams_
Elder Williams
# 830886

November 3, 2018
dated

(3)