UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WENDALL JERMAINE HALL,

    Plaintiff,

v.                              Case No. 3:18-cv-1324-J-39MCR

MS. PHILLIPS, et al.,

    Defendants.
_____

**ORDER**

The plaintiff's motion to compel defendant Johnson's attorney to provide him a free copy of his deposition transcript (Doc. 70), which defendant Johnson opposes (Doc. 71), is **denied**. The plaintiff's in forma pauperis (IFP) status does not entitle him to free copies of pleadings, motions, orders, or other documents. See Jackson v. Florida Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012) ("This Court has never held that a prisoner's right of access to the courts entitles a prisoner-plaintiff, even one proceeding [IFP], to free copies of court documents, including his own pleadings.") (citing Harless v. United States, 329 F.2d 397, 398–99 (5th Cir. 1964) ("The statutory right to proceed [IFP] does not include the right to obtain copies of court orders, indictments, and transcript of record, without payment . . . .")).

As a practical matter, and as defendant's attorney notes (Doc. 71), if the defendants rely upon the plaintiff's deposition transcript in support of a motion for summary judgment, they will be required to submit the entire deposition transcript as an exhibit. See Order (Doc. 63).

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of June 2020.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Jax-6

c:  Wendell Jermaine Hall
    Counsel of record